B"H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JENNIFER SALTZ-BULLOCK, and
PHILLIP JAY BULLOCK,

    Plaintiffs,

v.

JAMES PRICE,

    Defendant.
_____/

Case No. 1:17-CV-22943-MGC

FILED by _PG_ D.C.

AUG 09 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**COMES NOW**, James Price, Defendant Pro Se ("Defendant"), and files this, his Motion for Leave to Proceed In Forma Pauperis, pursuant to this Court's Notice at DE:3.

### I.   RELEVANT PROCEDURAL HISTORY

1.    On August 1, 2017, the Defendant filed his Notice of Removal Pursuant 28 U.S.C. § 1446, DE:1. On the same date, Price filed his Notice That Action Has Been Removed Pursuant to 28 U.S.C. § 1446 in the Fourth District Court of Appeal for the State of Florida.

2.    On August 4, 2017, this Court issued a Notice re [1] Notice of Removal (State Court Complaint), DE:3, wherein it indicated the Defendant should pay $400.00 in filing fees, or motion this Court for leave to proceed in forma pauperis. The instant motion is filed in compliance with this Court's Notice at DE:3.

1

## II.  STATEMENT OF FACTS AND REQUEST FOR RELIEF

3.     The Defendant respectfully requests this Court **GRANT** this Motion for Leave to Proceed In Forma Pauperis in light of the fact that Price was previously **GRANTED**, and is currently proceeding In Forma Pauperis in the United States District Court for the Southern District of Florida in the following actions: (1) <u>Price v. United States</u>, USDCFLSD Case No . 1:16-CV-62141-KMW-PAW, and (2) <u>Sealed v. Sealed</u>, USDCFLSD Case No. 1:17-CV-20859-RNS.  In the former case, Price is the Pro Se Movant in a civil case purusant to 28 U.S.C. § 2255, and in the latter case, where Price is the lead Relator pursuant to 31 U.S.C. § 3730.

4.     Price is currently incarcerated at the Federal Correctional Institution in Miami, Florida ("FCI-MIA"), pending the Court's decison to **VACATE** his unlawful convictions in the § 2255 proceeding.

## III.  CONCLUSION

5.     The Defendant brought the instant case before this Honorable Court where the state law asserted by the Plaintiffs sought to deprive the Price of his Fifth and Fourteenth Amendment right to substantive due process, and his Fourteenth Amendment right to equal protection.  Notwithstanding his incarceration, the Defendant is prepared to prosecute the instant case purusant to the law, the rules of this Court, in good faith, and in the interest of justice.

**WHEREFORE**, based on the foregoing, the Defendant humbly requests this Honorable Court **GRANT** him leave to proceed in forma pauperis in the instant case.

Respectfully Submitted,

James Price - 98922004
Defendant Pro Se
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
305-259-2100
PriceJamesE@Outlook.com

3

## CERTIFICATE OF SERVICE

I, James Price, hereby declare that on this date, August 8, 2017, have served the enclosed:

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties notified for service are served pursuant to Local Rule 5.1(e), and the Southern District of Florida CM/ECF Administrative Procedure § 3B.

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on August 7, 2017.

By: _____
James Price - 98922004

⇔98922-004⇔
James Price
Federal Correctional
- Institution
P.O. Box 779800
Miami, FL 33177
United States

USMS INSPECTED

⇔98922-004⇔
Clerk Of The Court
Southern District of FL
United States District Court
400 N. Miami Ave., Rm 8N09
Miami, FL 33128-1810
United States

33128-771699

USPS TRACKING #
9114 9014 9645 1230 7153 14

Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES POSTAL SERVICE®