B"H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORDIA**
**MIAMI DIVISION**

FILED by SAS D.C.

AUG 14 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

JENNIFER SALTZ-BULLOCK, and
PHILLIP JAY BULLOCK,

    Plaintiffs,

v.                                                    Case No. 1:17-CV-22943-MGC

JAMES PRICE,

    Defendant.
_____/

### CERTIFICATE OF COMPLIANCE WITH NOTICE REQUIREMENTS PURSUANT TO TITLE 28 U.S.C. § 1446(d)

**COMES NOW**, James Price, Defendant Pro Se ("Defendant"), and files this, his Certificate of Compliance with the requirement to give notice of removal. The Defendant certifies that, in compliance with Title 28 U.S.C. § 1446(d), a copy of the Notice of Removal (DE:1) of this action was filed with the Clerk of Court for the Fourth District Court of Appeal for the State of Florida. The Notice That Action Has Been Removed Pursuant to Title 28 U.S.C. § 1446, was filed on August 1, 2017.

The Defendant further certifies that, in compliance with the requirements of Title 28 U.S.C. § 1446(d), written notice of the removal was also served on all the parties in this action, including a copy of the Notice of Removal filed in this Court. This notice was served on August 1, 2017, upon all the parties named in this action or to their attorney of record by First-Class United States mail with postage prepaid.

1

                Respectfully Submitted,

                _____
                James Price - 98922004
                Defendant Pro Se
                Federal Correctional Institution
                P.O. Box 779800
                Miami, Florida 33177-9800
                305-259-2100
                *PriceJamesE@Outlook.com*

## CERTIFICATE OF SERVICE

I, James Price, hereby declare that on this date, August 10, 2017, have served the enclosed:

CERTIFICATE OF COMPLIANCE WITH NOTICE REQUIREMENTS
PURSUANT TO TITLE 28 U.S.C. § 1446(d)

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties notified for service are served pursuant to Local Rule 5.1(e), and the Southern District of Florida CM/ECF Administrative Procedure § 3B.

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on August 9, 2017.

                By:_____
                     James Price - 98922004

B"H

James Price
Register No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800


August 9, 2017


Clerk of the Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-1810


RE: Request for Local Form for Civil Subpoena (Fed.R.Civ.P 45)

Dear Sir or Madam:

    I would like to request a copy of the Civil Subpoena for use in the Southern District of Florida. I am incarcerated, and **DO NOT** have access to the Internet or the Court's website to download the form(s) myself.

    Additionally, I would like to request a docket sheet for case number 1:17-CV-22943-MGC. Upon review of my records, I determined that when I filed the notice of removal, that I failed to include the Civil Cover Sheet, as required under the local rules. I have included the coversheet, and apologize for any inconvenience this may have caused your office.

    Thank you for your patience, and providing the Civil Subpoena form that I am unable to access.


Very Truly Yours,

*[signature]*

James Price

1

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Jennifer Saltz-Bullock, and Phillip Jay Bullock

### DEFENDANTS
James Price

(b) County of Residence of First Listed Plaintiff: **Broward County** *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Miami-Dade County** *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

### VI. RELATED/ RE-FILED CASE(S)
(See instructions): a) Re-filed Case ☐ YES ☐ NO  b) Related Cases ☒ YES ☐ NO
JUDGE: Williams/White   DOCKET NUMBER: 1:16-CV-62141

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1441, § 1446; Declaratory Judgment, Constitutional challenge to state statute.
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE: August 1, 2017
SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**
RECEIPT #      AMOUNT      IFP      JUDGE      MAG JUDGE

