AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

JENNIFER SALTZ-BULLOCK, ET AL.,

    Plaintiff

V.

JAMES PRICE,

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT
ON APPEAL

CASE NUMBER: 1:17-CV-22943-COOKE/GOODMAN
USCA No. 18-15327-H

REC'D BY B"H
MAR 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FILED BY _____ D.C.
MAR 07 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I, James Price, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     X other Defendant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    X Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Federal Correctional Institution - Miami

    Are you employed at the institution?   Yes   Do you receive any payment from the institution?   Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. Federal Bureau of Prisons' Inmate Statement, filed separately with financial affidavit.

2. Are you currently employed?   ☒ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Monthly salary $53.20, Federal Bureau of Prisons, 15801 S.W. 137th Avenue, Miami, Florida.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☒ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

All receipts and expenditures are included in the Defendant's Financial filed separately.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   I have two (2) minor children, my current child support obligation is ($112,500.00).

I declare under penalty of perjury that the above information is true and correct.

March 5, 2019
_____
Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

B"H

## CERTIFICATE OF SERVICE

Saltz-Bullock, et al., v. Price

Case No. 1:17-CV-22943-COOKE/GOODMAN



FILING FEE PAID no  In Forma Pauperis YES  Angela E. Noble, Clerk

FILED BY PG D.C.  MAR 07 2019  ANGELA E. NOBLE  CLERK U.S. DIST. CT.  S. D. OF FLA. - MIAMI

REC'D BY ____ D.C.  MAR 08 2019  ANGELA E. NOBLE  CLERK U.S. DIST. CT.  S. D. OF FLA. - MIAMI

I, James Price, hereby declare that on this date, March 6, 2019, have served the enclosed:

**DEFENDANT'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT ON APPEAL**

**DEFENDANT'S FINANCIAL AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure : 3B.

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on March 5, 2019.

By: _____
James Price
USM No. 98922004



# PRIORITY MAIL

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

\* Domestic only

FROM:

James Price
USM No. 98922004
Federal Correctional Institutio
P.O. Box 779800
Miami, Florida 33177-9800

TO:

Uni
For the
Unite
400 No
M

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



UNITED STATES POSTAL SERVICE®

USPS TRACKING #




Label 400 Jan. 2013
7690-16-000-7948

EP14F July 2013

VISIT US AT USPS.COM®