REC'D BY_____D.C.
MAR 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:17-CV-22943-COOKE/GOODMAN

JENNIFER SALTZ-BULLOCK, ET AL.,

   Plaintiffs,

v.

JAMES PRICE,

   Defendant.
_____/

FILED BY __PG__ D.C.
MAR 07 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANT'S FINANCIAL AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915**

**COMES NOW,** James Price, Defendant-Appellant ("the Defendant-Appellant"), and files this, his financial affidavit in support of his application to proceed without prepayment of fees on appeal pursuant to Title 28 U.S.C. § 1915. The Defendant-Appellant hereby declares the following:

1. My name is James Price, I am over eighteen (18) years of age, and I am otherwise competent to make this affidavit.

2. This Declaration is based on my personal knowledge, and if called upon by this Court, my **sworn testimony,** that the facts stated herein are true, accurate, and correct.

3. I am currently employed by the Federal Bureau of Prisons. I receive a monthly salary of $53.20, equal to an annual income of $638.40.

4. In addition to my prison job, I have received approximately $1,037 in free-will gifts. These gifts were given without obligation or expectation, and I have **NO EXPECTATION** of additional gifts.

5. I have no checking, savings, or brokerage accounts. I own no property, and have no physical or tangible assets.

6. As a matter of personal religious observance, I donate twenty (20%) percent of both my monthly prison salary and any gift receipts to the Yad Eliezer charity in Jerusalem.

7. My "National 6 Months Average Daily Balance" is $59.04. See Exhibit "A".

8. Your Affiant, James Price, hereby declares, under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Executed on March 5, 2019.

          Respectfully Submitted,

          _____
          James Price
          Defendant-Appellant
          USM No. 98922004
          Federal Correctional Institution
          P.O. Box 779800
          Miami, Florida 33177-9800
          Tel.: 305-259-2150/2268
          Fax: 305-259-2383
          Email: PriceJamesE@Outlook.com

# EXHIBIT A

Date: 01/22/2019  
Time: 1:18:57 PM

Federal Bureau of Prisons  
TRUFACS  
**Inmate Account Record Profile**  
Sensitive But Unclassified

Facility: MIA

**Inmate Register Number:** 98922004

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98922004 | Administrative Hold Indicator: | No |
| Inmate Name: | PRICE III, JAMES E | No Power of Attorney Indicator: | No |
| Current Facility: | Miami FCI | Never Waive NSF Fee Indicator: | No |
| Housing Unit: | MIA-A-A | Maximum Allowed Deduction Percentage: | 100% |
| Living Quarters: | A02-026U | Account Creation Date: | 06/29/2012 |
| FRP Participation Status: | Completed | Local Activation Date: | 05/08/2013 |
| Arrived From Facility: | MIM | Last Account Update Date: | 01/22/2019 |
| Transferred To Facility: | | Account Status: | Active |

### Account Balance Information

| | | | |
|---|---|---|---|
| Account Balance: | $25.49 | Outstanding Negotiable Instruments Balance: | $0.00 |
| Pre-Release Balance: | $0.00 | Available Balance: | $25.49 |
| Debt Encumbrance Balance: | $0.00 | National 6 Months Deposits Balance: | $1,356.27 |
| SPO Encumbrance Balance: | $0.00 | National 6 Months Withdrawals Balance: | $1,359.50 |
| Other Encumbrances Balance: | $0.00 | National 6 Months Average Daily Balance: | $59.04 |
| Administrative Hold Balance: | $0.00 | Local Maximum Balance: | $93.19 |

### Commissary History Information

| | | | |
|---|---|---|---|
| Spending Limit Override Indicator: | No | Last Sales Date: | 01/16/2019 |
| Weekly Revalidation Indicator: | No | Validation Period Purchases: | $97.10 |
| Bi-Weekly Revalidation Indicator: | Yes | YTD Purchases: | $560.20 |
| Spending Limit Amount: | $180.00 | SPO's this Month: | 0 |
| Expended Spending Limit Amount: | $35.60 | SPO $ this Quarter: | $0.00 |
| Remaining Spending Limit Amount: | $144.40 | | |

### Commissary Restriction Information

| | |
|---|---|
| Restricted Spending Limit Start Date: | Restricted Spending Limit Amount: $0.00 |
| Restricted Spending Limit End Date: | Expended Restricted Spending Limit Amount: $0.00 |
| | Remaining Restricted Spending Limit Amount: $0.00 |

| List Name | List Type | Start Date | End Date |
|---|---|---|---|

### Comments

Workstation ID: MIA-W7-4L9MJK1   User ID: TF27343   Page 1 of 1



# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM:
James Price
USM No. 98922004
Federal Correctional Institutio
P.O. Box 779800
Miami, Florida 33177-9800

TO:

Uni
For the
United
400 No
M

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**UNITED STATES POSTAL SERVICE®**

USPS TRACKING #



Label 400 Jan. 2013
7690-16-000-7948

EP14F July 2013

VISIT US AT USPS.COM®

This envelope is made from post-consumer waste. Please recycle - again.