B"H

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE No. 1:17-CV-22943-COOKE/GOODMAN

JENNIFER SALTZ-BULLOCK, et al.,

     Plaintiffs,

v.

JAMES PRICE,

     Defendant.

_____/

FILED BY _PG_ D.C.

MAY 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REC'D BY _H.H._ D.C.

MAY 31 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### DEFENDANT'S RENEWED APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT ON APPEAL

**COMES NOW,** James Price ("the Defendant-Appellant"), and files this, his renewed application to proceed without prepayment of fees and affidavit on appeal **on remand** from the Eleventh Circuit Court of Appeals in Appeal No. 18-15327-H. The Defendant-Appellant respectfully moves this Court for the entry of an Order to **GRANT** the application for in forma pauperis ("IFP") status, under Title 28 U.S.C. §§ 1915(a)(1) and and 1915(b). A proposed order is attached for this Court's convenience.

## I.  INTRODUCTION AND BACKGROUND

1.  On March 3, 2019, the Defendant-Appellant returned to this Court [ECF No. 51] seeking affirmation of the IFP status previously **GRANTED** by this court [ECF No. 32].

1

2.    This Court denied the motion [ECF No. 52] as moot in light of the provisions of Fed. R. Civ. P. 24(a)(3) that permit "a party already allowed to proceed in forma pauperis in the district court level ... [to] proceed on appeal in forma pauperis without further authorization." Id.

3.    On or about March 3, 2019, the Defendant-Appellant filed a Motion to Change Case Management Track, and for Discretionary Fee Exemption in the appeal taken from this Court's dismissal for lack of subject-matter jurisdiction [ECF Nos. 43 and 47].

4.    On or about May 15, 2019, the Court of Appeals **GRANTED** in part the Defendant-Appellant's motion [See Exhibit "A"], and remanded the matter to the district court to clarify whether Mr. Price specifically has leave to proceed **on appeal** under the Prison Litigation Reform Act [28 U.S.C. § 1915(b)].

5.    This motion followed.

## II.  STATEMENT OF POINTS AND AUTHORITIES

6.    The statute [28 U.S.C. § 1915] sets forth the provisions under which a person—most commonly a prisoner—may commence, prosecute, defend any suit, action or proceeding, civil or criminal, or appeal therein, without the prepayment of fees or security. In this matter, the Defendant-Appellant was **GRANTED** IFP status before this Court and five (5) other district courts and courts of appeal.

2

7.    One of the primary concerns in permitting a party to proceed IFP on appeal turns on whether the appeal is taken in good faith, as opposed to a frivolous or malicious action, or an action on which no relief may be granted.  See 28 U.S.C. § 1915(a)(3).  The extent to which such a statement is necessary given the litigation history of this matter, the Defendant-Appellant **certifies** to this Court the subject appeal is taken in good faith, infra.

8.    In the appeal taken from this matter, the Defendant-Appellant brought a challenge to this Court's application of the Rooker-Feldman doctrine to a matter removed from the state court **before** a judgment in the state court matter.  The sole issue on review in this case closely follows the 11th Circuit's decision regarding the district court's misapplication of the Rooker-Feldman doctrine in Gross v. Dannatt, 2018 U.S. App. LEXIS 25194 (11th Cir. September 5, 2018).  The 11th Circuit's decision in Gross was published **a mere forty-five (45) days** prior to this Court's decision on reconsideration in this case.  The Defendant-Appellant avers this Court may not have been unaware of the 11th Circuit's application of Ankenbrandt v. Richards, 504 U.S. 689 (1992) and Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280 (2005) in the Dannett decision.

9.    In Dannett, the district court action was: (a) a family court matter; (b) removed from the state (Florida) court under 28 U.S.C. § 1446; and (c) dismissed for lack of subject-matter jurisdiction under the Rooker-Feldman doctrine.  Put simply, a virtually identical procedural setting as the district court matter in this action.

3

10.   The 11th Circuit **Reversed and Remanded** the district court's decision in Dannett citing the brightline principal that Rooker-Feldman turns on the **timing** of the Removal action under 28 U.S.C. § 1446.  Put another way, the 11th Circuit held that the Rooker-Feldman doctrine can only be applied **IF** the case was removed **after a judgment in the state court**.

11.   Like Dannett, the case before this Court was Removed **BEFORE** any judgment was rendered in the state court.  See Def.'s Mot. for Recon. [ECF No. 44].

12.   Herein, the Defendant-Appellant renews his Application to Proceed Without Prepayment of Fees [ECF No. 51] and Affidavit on Appeal [ECF No. 51-1], attached as Exhibits "B" and "C".  The Defendant-Appellant further **certifies** to this Court that his financial statement has not changed in the intervening time since the application was initially filed.

13.   The Defendant-Appellant avers that in light of the 11th Circuit's decision in Dannett, this Court could, sua sponte, issue an indicative ruling in view of Fed. R. App. P. 12.1.

### III.   CONCLUSION

14.   The Defendant-Appellant comes before this Court for the third time regarding the matter of IFP on appeal, on a Order from the court of appeals.   Mr. Price avers, without restatement of his position before that court, that the application of PLRA to matter on appeal was inconsistent with the precedent of this Circuit and other circuits.

15.   The Defendant-Appellant has brought forth an appeal in good faith based on precedent of this Circuit upheld by the Supreme Court in Ankenbrandt v. Richards, 504 U.S. 689 (1992) and Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280 (2005).

**WHEREFORE,** in view of the foregoing statement of points and authorities, the Defendant-Appellant respectfully moves this Court for the entry of an order to **GRANT** IFP status on appeal pursuant to 28 U.S.C. §§ 1915(a)(1) and § 1915(b).

Respectfully Submitted,

James Price
Defendant-Appellant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2150/2268
Fax: 305-259-2383
Email: PriceJamesE@Outlook.com

5

B"H

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE No. 1:17-CV-22943-MGC

JENNIFER SALTZ-BULLOCK, et al.,

     Plaintiffs,

v.

JAMES PRICE,

     Defendant.

_____/

### ORDER

THIS MATTER is before the Court upon the Dafendant's renewed application to proceed without prepayment of fees and affidavit on appeal.  The Defendant's motion is due to be **GRANTED**.  It is hereby,

**ORDERED** the Defendant's renewed application is **GRANTED**.  The

**DONE AND ORDERED**, in Chambers at Miami, Florida, this ___ day of June 2019.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

B"H

## CERTIFICATE OF SERVICE

### Saltz-Bullock, et al. v. Price

### Case No. 1:17-CV-22943-COOKE/GOODMAN

I, James Price, hereby declare that on this date, May 29, 2019, have served the enclosed:

### DEFENDANT'S RENEWED APPLICATION
### TO PROCEED WITHOUT PREPAYMENT OF FEES AND
### AFFIDAVIT ON APPEAL

### PROPOSED ORDER

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on May 28, 2019.

By: _____
James Price
USM No. 98922004

C1 of 1

# EXHIBIT

# A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No.  18-15327-H

———————————

JENNIFER SALTZ-BULLOCK,
PHILLIP JAY BULLOCK,

Plaintiffs-Appellees,

versus

JAMES PRICE,

Defendant-Appellant.

———————————

Appeal from the United States District Court
for the Southern District of Florida

———————————

Before: MARCUS, NEWSOM, and GRANT, Circuit Judges.

BY THE COURT:

Before this Court is Appellant's "Motion to Change Case Management Track, and for Discretionary Fee Exemption."

After this appeal was clerically dismissed, Appellant moved the district court for leave to proceed *in forma pauperis* ("IFP") on appeal.  The district court denied as unnecessary that motion based on its prior grant of IFP status, under 28 U.S.C. § 1915(a)(1), but did not address whether Price has leave to proceed on appeal, under the Prison Litigation Reform Act, 28 U.S.C. § 1915(b).

Appellant's "Motion to Change Case Management Track, and for Discretionary Fee Exemption" is GRANTED to the extent that he seeks to reinstate this appeal.  The motion is DENIED to the extent that he seeks a fee exemption.

Appellant is directed either to pay to the district court the appellate docketing and filing fees or re-file in the district court for leave to proceed on appeal within fourteen (14) days of the date of this order.  If the district court denies such relief, Appellant may file in this Court a motion for such relief.  If Appellant fails to do so within the time set forth in this Order, the Clerk of Court is directed to dismiss the appeal for want of prosecution forthwith.

The Clerk's Office is DIRECTED to provide a copy of this order to the district court.

# EXHIBIT

# B

AO 240 (Rev. 10/03)

REC'D BYB"H
D.C.
MAR 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____          **District of**          FLORIDA

JENNIFER SALTZ-BULLOCK, ET AL.,

                    Plaintiff

                    V.

JAMES PRICE,

                    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT
ON APPEAL**

CASE NUMBER: 1:17-CV-22943-COOKE/GOODMAN
USCA No. 18-15327-H

FILED BY _____ D.C.
MAR 07 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I, _James Price_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          X other **Defendant**

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?          X Yes          ☐ No          (If "No," go to Part 2)

     If "Yes," state the place of your incarceration ___Federal Correctional Institution – Miami___

     Are you employed at the institution?   _Yes_   Do you receive any payment from the institution?   _Yes_

     Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
     transactions.   Federal Bureau of Prisons' Inmate Statement, filed separately with
     financial affidavit.

2.   Are you currently employed?          ☒ Yes          ☐ No

     a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
          and address of your employer. Monthly salary $53.20, Federal Bureau of Prisons,
          15801 S.W. 137th Avenue, Miami, Florida.

     b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
          and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

     | | | Yes | No |
     |---|---|---|---|
     | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
     | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
     | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
     | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
     | e. | Gifts or inheritances | ☒ Yes | ☐ No |
     | f. | Any other sources | ☐ Yes | ☒ No |

     If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
     amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

All receipts and expenditures are included in the Defendant's Financial filed separately.

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes          ☒ No

   If "Yes," state the total amount.     _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes          ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   I have two (2) minor children, my current child support obligation is ($112,500.00).

I declare under penalty of perjury that the above information is true and correct.

| March 5, 2019 | |
|---|---|
| Date | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



B"H

## CERTIFICATE OF SERVICE

**Saltz-Bullock, et al., v. Price**

**Case No. 1:17-CV-22943-COOKE/GOODMAN**

I, James Price, hereby declare that on this date, March 6, 2019, have served the enclosed:

**DEFENDANT'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT ON APPEAL**

**DEFENDANT'S FINANCIAL AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure : 3B.

I hereby declare that under the penalty of perjury, and pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on March 5, 2019.

By: _____

James Price

USM No. 98922004

C1 of 1



# PRIORITY ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM:

James Price
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800

TO:

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Uni
For the
United
400 No
M



USPS TRACKING #

Label 400 Jan. 2013
7690-15-000-7948

EP14F July 2013

VISIT US AT USPS.COM®

This envelope is made from post-consumer waste. Please recycle - again.

# EXHIBIT

# C

REC'D BY_____D.C.

MAR 08 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

B'H

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE No. 1:17-CV-22943-COOKE/GOODMAN

JENNIFER SALTZ-BULLOCK, ET AL.,

    Plaintiffs,

v.

JAMES PRICE,

    Defendant.

_____/

FILED BY   PG   D.C.

MAR 07 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT'S FINANCIAL AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915

**COMES NOW**, James Price, Defendant-Appellant ("the Defendant-Appellant"), and files this, his financial affidavit in support of his application to proceed without prepayment of fees on appeal pursuant to Title 28 U.S.C. § 1915. The Defendant-Appellant hereby declares the following:

1. My name is James Price, I am over eighteen (18) years of age, and I am otherwise competent to make this affidavit.

2. This Declaration is based on my personal knowledge, and if called upon by this Court, my **sworn testimony**, that the facts stated herein are true, accurate, and correct.

1

3.    I am currently employed by the Federal Bureau of Prisons.  I receive a monthly salary of $53.20, equal to an annual income of $638.40.

4.    In addition to my prison job, I have received approximately $1,037 in free-will gifts.  These gifts were given without obligation or expectation, and I have **NO EXPECTATION** of additional gifts.

5.    I have no checking, savings, or brokerage accounts.  I own no property, and have no physical or tangible assets.

6.    As a matter of personal religious observance, I donate twenty (20%) percent of both my monthly prison salary and any gift receipts to the Yad Eliezer charity in Jerusalem.

7.    My "National 6 Months Average Daily Balance" is $59.04.  See Exhibit "A".

8.    Your   Affiant,   James   Price,   hereby   declares,   under   the
penalty  of  perjury,  pursuant  to  Title  28  U.S.C.  §  1746,  the  foregoing
is  true  and  correct.

## FURTHER YOUR AFFIANT SAYETH NAUGHT

Executed  on  March  5,  2019.


                                   Respectfully  Submitted,


                                   _____
                                   James Price
                                   Defendant-Appellant
                                   USM No. 98922004
                                   Federal Correctional Institution
                                   P.O. Box 779800
                                   Miami, Florida 33177-9800
                                   Tel.: 305-259-2150/2268
                                   Fax: 305-259-2383
                                   Email: PriceJamesE@Outlook.com


3

# EXHIBIT

# A

Case 1:17-cv-22943-MGC   Document 51-1   Entered on FLSD Docket 03/08/2019   Page 5 of 6

Date: 08/22/2019
Time: 1:18:57 PM

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Account Record Profile**
Sensitive But Unclassified

Facility: MIA

**Inmate Register Number:** 98922004

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98922004 | Administrative Hold Indicator: | No |
| Inmate Name: | PRICE III, JAMES E | No Power of Attorney Indicator: | No |
| Current Facility: | Miami FCI | Never Waive NSF Fee Indicator: | No |
| Housing Unit: | MIA-A-A | Maximum Allowed Deduction Percentage: | 100% |
| Living Quarters: | A02-026U | Account Creation Date: | 06/29/2012 |
| FRP Participation Status: | Completed | Local Activation Date: | 05/08/2013 |
| Arrived From Facility: | MIM | Last Account Update Date: | 01/22/2019 |
| Transferred To Facility: | | Account Status: | Active |

## Account Balance Information

| | | | |
|---|---|---|---|
| Account Balance: | $25.49 | Outstanding Negotiable Instruments Balance: | $0.00 |
| Pre-Release Balance: | $0.00 | Available Balance: | $25.49 |
| Debt Encumbrance Balance: | $0.00 | National 6 Months Deposits Balance: | $1,356.27 |
| SPO Encumbrance Balance: | $0.00 | National 6 Months Withdrawals Balance: | $1,359.50 |
| Other Encumbrances Balance: | $0.00 | National 6 Months Average Daily Balance: | $59.04 |
| Administrative Hold Balance: | $0.00 | Local Maximum Balance: | $93.19 |

## Commissary History Information

| | | | |
|---|---|---|---|
| Spending Limit Override Indicator: | No | Last Sales Date: | 01/16/2019 |
| Weekly Revalidation Indicator: | No | Validation Period Purchases: | $97.10 |
| Bi-Weekly Revalidation Indicator: | Yes | YTD Purchases: | $560.20 |
| Spending Limit Amount: | $180.00 | SPO's this Month: | 0 |
| Expended Spending Limit Amount: | $35.60 | SPO $ this Quarter: | $0.00 |
| Remaining Spending Limit Amount: | $144.40 | | |

## Commissary Restriction Information

| | | | |
|---|---|---|---|
| Restricted Spending Limit Start Date: | | Restricted Spending Limit Amount: | $0.00 |
| Restricted Spending Limit End Date: | | Expended Restricted Spending Limit Amount: | $0.00 |
| | | Remaining Restricted Spending Limit Amount: | $0.00 |

| List Name | List Type | Start Date | End Date |
|---|---|---|---|

## Comments

# PRIORITY
## ★ MAIL ★

This envelope is made from post-consumer waste. Please recycle - again.

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

**FROM:**

James Price
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800

**TO:**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Uni
For the
United
400 No.
M.

 UNITED STATES POSTAL SERVICE®

**USPS TRACKING #**



Label 400  Jan. 2013
7690-16-000-7948

EP14F  July 2013

## VISIT US AT USPS.COM®



# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 **$** INSURANCE INCLUDED*

 PICKUP AVAILABLE

    * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

James Price
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800

TO:

*Appeals*

LEGAL MAIL

United States District Court
For the Southern District of Florida
United States Federal Courthouse
400 North Miami Avenue, RM: 8N09
Miami, Florida 33128-7716

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

UNITED STATES
POSTAL SERVICE®

**USPS TRACKING #**

4 9014 9645 0058 2399 03

EP14F July 2013
OD: 12.5 x 9.5

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

 UNITED STATES
POSTAL SERVICE®