UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22943-CIV-COOKE/GOODMAN

JENNIFER SALTZ-BULLOCK, et al.,

    Plaintiffs,

v.

JAMES PRICE,

    Defendant.

_____/

## ORDER GRANTING MOTION TO PROCEED IN *FORMA PAUPERIS*

*Pro se* Defendant James Price has filed a renewed application to proceed *in forma pauperis* on appeal. [ECF No. 55]. The application package includes an affidavit signed under penalty of perjury that lists his assets, as well as an account balance of his prisoner trust account.

The Undersigned has reviewed the affidavit and the account balance of his prisoner trust account. *See* 28 U.S.C. § 1915(a)(1)-(2). Based on the information submitted, the Undersigned concludes that Defendant is unable to pay the appellate filing fee in this case.

Accordingly, Defendant's motion to proceed without pre-payment of fees is **granted**.

Defendant shall be required to make an initial payment and to pay the filing fee in installments pursuant to 28 U.S.C. § 1915(b).

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 5, 2019.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke

All counsel of record

James Price
#98922-004
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177